DEBORAH M. SMITH
Acting United States Attorney

Daniel R. Cooper, Jr.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Tel: 907-271-5071
Fax: 907-270-2344
Daniel.Cooper@usdoj.gov

Attorneys for the United States

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cv- |
| | ) | |
| Petitioner, | ) | |
| | ) | **PETITION TO ENFORCE** |
| v. | ) | **INTERNAL REVENUE SERVICE** |
| | ) | **SUMMONS** |
| KAREN WALTERS BURRIS, | ) | |
| | ) | |
| Respondent. | ) | |

The United States of America, on behalf of its agency, the Internal Revenue Service, by the undersigned Assistant United States Attorney, avers to this Court as follows:

1.  This is a proceeding brought pursuant to the provisions of sections 7402(b) and 7604(a) of the Internal Revenue Code of 1986, 26 U.S.C. §§ 7402(b) and 7604(a), to judicially enforce an Internal Revenue Service summons.

2.  Charles Standridge is a duly commissioned Revenue Officer employed in Small Business/Self-Employed Compliance Area 12 of the Internal Revenue Service at Soldotna, Alaska and is authorized to issue an Internal Revenue Service summons pursuant to the authority contained in Section 7602 of Title 26 U.S.C., and Treasury Regulation Section 301.7602-1, 26 C.F.R. § 301.7602B1.

3.  The respondent, Karen Walters Burris, resides at 51381 Drift Circle, Nikiski, Alaska 99635, within the jurisdiction of this Court.

4.  Revenue Officer Charles Standridge is conducting an investigation into the income tax liabilities of Karen Walters Burris for the following years: 1999, 2000, 2001, 2002, 2003, and 2004 as set forth in the Declaration of Revenue Officer Charles Standridge attached hereto as Exhibit 1.

5.  The respondent, Karen Walters Burris, is in possession and control of books, records, papers, and other data which are relevant to the above-described investigation.

6.      On July 29, 2005, an Internal Revenue Service summons was issued by Revenue Officer Charles Standridge directing the respondent, Karen Walters Burris, to appear before him on August 9, 2005, at 10:00 A.M. and to produce the books, records, and other documents demanded in the summons.  An attested copy of the summons was personally served, in the manner prescribed by 26 U.S.C. § 7603(a), on the respondent, Karen Walters Burris, by Revenue Officer Charles Standridge, on July 29, 2005.  The summons is attached hereto and incorporated herein as Exhibit 2.

7.      On January 9, 2005, the respondent, Karen Walters Burris, did not appear in response to the summons.  Respondent's refusal to comply with the summons continues to date as set forth in the Declaration of Revenue Officer Charles Standridge attached hereto as Exhibit 1.

8.      The books, papers, records, or other data sought by the summons are not already in possession of the Internal Revenue Service.

9.      All administrative steps required by the Internal Revenue Code for the issuance of a summons have been taken.

10.     It is necessary to examine the books, papers, records, or other data sought by the summons in order to properly investigate the federal income tax liability of Karen Walters Burris for the following years: 1999, 2000, 2001, 2002,

2003, and 2004 as is evidenced by the Declaration of Charles Standridge attached hereto and incorporated herein as part of this petition.

WHEREFORE, petitioner respectfully prays:

1. That the Court issue an order directing the respondent, Karen Walters Burris, to show cause, if any, why respondent should not comply with and obey the aforementioned summons and each and every requirement thereof.

2. That the Court enter an order directing the respondent, Karen Walters Burris, to obey the aforementioned summons and each and every requirement thereof by ordering the attendance and production of the books, papers, records, or other data as is required and called for by the terms of the summons before Revenue Officer Charles Standridge or any other proper officer or employee of the Internal Revenue Service at such time and place as may be fixed by Revenue Officer Standridge, or any other proper officer or employee of the Internal Revenue Service.

3. That the United States recover its costs in maintaining this action.

4. That the Court grant such other and further relief as is just and proper.

RESPECTFULLY SUBMITTED this 31st day of March, 2006.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/ Daniel R. Cooper, Jr.
>Assistant U. S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-3376
>Fax: (907) 271-2344
>E-mail: Daniel.Cooper@usdoj.gov
>AK #8211109