IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| KAREN WALTERS BURRIS, | ) | |
| | ) | |
| Respondent. | ) | |

## DECLARATION

Charles Standridge declares:

1.  I am a duly commissioned Revenue Officer employed in the Small Business/Self-Employed (Compliance Area 12) office of the Internal Revenue Service at Soldotna, Alaska.

2.  In my capacity as a Revenue Officer, I am conducting an investigation into the non-filing of federal income tax returns by the respondent, Karen Walters Burris, for the following tax years: 1999, 2000, 2001, 2002, 2003, and 2004.

3.  In furtherance of the above investigation and in accordance with section 7602 of Title 26 U.S.C., I issued, on July 29, 2005, an Internal Revenue Service summons to Karen Walters Burris, requiring her to appear before me, on August 9, 2005, for the purpose of providing testimony and producing for examination books, papers, records, or other data as described in said summons.  The summons is attached to the petition as Exhibit 2.

Exhibit _1_

4.   In accordance with section 7603 of Title 26 U.S.C., on July 29, 2005, I served an attested copy of the Internal Revenue Service summons described in paragraph 3 above on the respondent, Karen Walters Burris, by personal delivery as evidenced in the certificate of service on the reverse side of the summons.

5.   On August 9, 2005, the respondent, Karen Walters Burris, did not appear in response to the summons.

6.   On September 28, 2005, IRS Counsel sent to the respondent a 'last chance' letter which scheduled a final appearance opportunity in my office on October 17, 2005.  On that date, the respondent, Karen Walters Burris, did not appear as instructed by the letter.

7.   The books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

8.   All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

9.   It is necessary to obtain the testimony and to examine the books, papers, records or other data sought by the summons in order to properly investigate the respondent's federal income

tax liabilities for the following non-filed tax years: 1999, 2000, 2001, 2002, 2003, and 2004.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _22nd_ day of December, 2005.

Charles Standridge
Revenue Officer

-3-