**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>  UNITED STATES OF AMERICA  </u>  v.  <u>  KAREN WALTERS BURRIS  </u>

THE HONORABLE RALPH R. BEISTLINE

<small>DEPUTY CLERK</small>                                                                CASE NO.  <u> 3:06-CV-0072-RRB </u>

<u> Elisa Singleton </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**      DATE: March 31, 2006

---

The above-referenced case is referred to Magistrate Judge <u>John D. Roberts</u> for disposition or findings and recommendations as appropriate pursuant to D.Ak.LMR 4:

| | | |
|---|---|---|
| <u>   </u> | (1) | Administrative Inspection warrants; |
| <u>   </u> | (2) | Matters relating to nonpayment of seaman's wages; |
| <u>   </u> | (3) | Habeas Corpus petitions initiated under 28 U.S.C. § 2254; |
| <u>   </u> | (4) | Motions Attacking Sentence under 28 U.S.C. § 2255; |
| <u>   </u> | (5) | Preferred ship mortgage foreclosures; |
| <u>   </u> | (6) | Matters relating to the arrest, seizure or release of vessels and other property under the Supplemental Rules for Certain Admiralty and Maritime Claims; |
| <u>XXX </u> | (7) | Matters relating to the enforcement of administrative subpoenas. |

Revised 1/28/05