DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Daniel.Cooper@usdoj.gov

2006 APR 26 AM 9:58

RECEIVED
US ATTORNEY OFFICE

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-cv-0072-RRB |
| ) | |
| Petitioner, ) | |
| ) | |
| v.  ) | **RETURN OF SERVICE** |
| ) | |
| KAREN WALTERS BURRIS, ) | |
| ) | |
| Respondent. ) | |

I, Charles Standridge, a Revenue Officer employed by the Internal Revenue Service in Soldotna, Alaska, declare under the penalty of perjury that, on the 21st day of April, 2006, I served a true and correct copy of the attached Order To Show Cause, together with a copy of the petition (and exhibits thereto) in the above-captioned case, on the respondent, KAREN WALTERS BURRIS, at the following location:

51381 Drift Circle, Nikiski, AK 99635

Service was made by the following method: _I handed a copy of the Order to Show Cause to Karen Walters Burris when greeted at her door._

DATED: 4/21/2006

*(signature)*
CHARLES STANDRIDGE
Revenue Officer