DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Daniel.Cooper@usdoj.gov

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cv-00072-RRB |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **NOTICE OF PARTIAL** |
| | ) | **COMPLIANCE** |
| KAREN WALTERS BURRIS, | ) | |
| | ) | |
| Respondent. | ) | *Filed on shortened time* |

The United States gives notice that the Respondent has produced four boxes of records as required by the Summons attached as Exhibit 1 to the Petition filed in this action.  It appears that a good faith effort has been made which may result in full compliance.  However, Petitioner cannot determine if there has been full compliance until the documents produced are reviewed.

The United States respectfully requests that the arrest warrant NOT be issued, and that this matter remain pending for sixty (60) days to allow review of the documents produced.

Respectfully submitted on June 21, 2006.

DEBORAH M. SMITH
Acting United States Attorney

s/ Daniel R. Cooper, Jr.
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-2344
E-mail: Daniel.Cooper@usdoj.gov
AK #8211109

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2006,
a copy of the foregoing Notice of Compliance
and Proposed Order were served by
regular U. S. Mail on:

Karen Walters Burris
51381 Drift Circle
Nikiski, AK 99635

s/ Susan J. Lindquist