**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cv-00072-RRB |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **[PROPOSED] ORDER** |
| | ) | **REGARDING COMPLIANCE** |
| KAREN WALTERS BURRIS, | ) | |
| | ) | |
| Respondent. | ) | |

The court has reviewed the United States' Notice of Partial Compliance, and the representations set forth therein. Based upon those representations, it is ORDERED, that the court will hold this matter in abeyance for 60 days to allow the United States to review the documents produced by the Respondent.  The United States shall prepare and file a status report no later than August 20, 2006, to inform the court whether further judicial action is necessary.  It is FURTHER ORDERED that the bench warrant authorized by the court on June 19, 2006, is withdrawn, and shall not issue.

_____        _____
(DATE)                                HONORABLE RALPH R. BEISTLINE
                                      United States District Court Judge