DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Daniel.Cooper@usdoj.gov

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cv-00072-RRB |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **NOTICE OF FULL** |
| | ) | **COMPLIANCE** |
| KAREN WALTERS BURRIS, | ) | |
| | ) | |
| Respondent. | ) | |

The United States gives notice that the Petitioner has reviewed all documents produced by the Respondent as required by the Summons.  It appears that Respondent has fully complied with the request.  The United States requests that this case be dismissed, with each party to bear their own costs and attorney fees.

Respectfully submitted on August 11, 2006.

> DEBORAH M. SMITH
> Acting United States Attorney
>
> s/ Daniel R. Cooper, Jr.
> Assistant U. S. Attorney
> 222 West 7th Ave., #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-3376
> Fax: (907) 271-2344
> E-mail: Daniel.Cooper@usdoj.gov
> AK #8211109

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2006, a copy of the foregoing Notice of Full Compliance and Proposed Order of Dismissal were served by regular U. S. Mail on:

Karen Walters Burris
51381 Drift Circle
Nikiski, AK 99635

s/ Daniel R. Cooper, Jr.