IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cv-00072-RRB |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **[PROPOSED] ORDER** |
| KAREN WALTERS BURRIS, | ) | **OF DISMISSAL** |
| | ) | |
| Respondent. | ) | |

Based upon the Notice of Full Compliance filed by the Petitioner, the above-captioned case is dismissed.

IT IS SO ORDERED.

_____      _____
        (DATE)                           RALPH R. BEISTLINE
                                         United States District Court Judge