IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cv-00072-RRB |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | [~~PROPOSED~~] ORDER |
| KAREN WALTERS BURRIS, | ) | OF DISMISSAL |
| | ) | |
| Respondent. | ) | |

Based upon the Notice of Full Compliance filed by the Petitioner, the above-captioned case is dismissed.

IT IS SO ORDERED.

8/17/06
(DATE)

REDACTED SIGNATURE

RALPH R. BEISTLINE
United States District Court Judge